IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN RICHARDSON,

    Petitioner,

v.

MARK NOOTH,

    Respondent.

_____

Civ. No. 2:13-cv-01297-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (#30), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (#30) is adopted. The petition (#2) is DENIED and this action is dismissed, with prejudice. Should petitioner appeal, a certificate of appealability should be denied as petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

    DATED this 17th day of February, 2015.

                                                                    _____/s/ Michael J. McShane_____  
                                                                            Michael McShane  
                                                                     United States District Judge